UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Hochstadt,

                       Plaintiff(s),

-v-

NYC Dept. Of Education,

                       Defendant(s).
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 4797 (LTS)(HBP)

LAURA TAYLOR SWAIN, District Judge

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                July 25, 2008

                                         LAURA TAYLOR SWAIN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 25 2008